452 A.2d 1021

**COMMONWEALTH of Pennsylvania**

**v.**

**Alexander CASEY, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 22, 1982.

Decided Dec. 15, 1982.

Joel Every, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Stuart Haimowitz, Asst. Dist. Atty., Philadelphia, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM.

The judgments of sentence are affirmed.